IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KIMBERLY C.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,[1]<br>Commissioner of Social Security,<br><br>Defendant. | 1:25-CV-231 |

**ORDER**

This matter is before the Court for review of the Magistrate Judge's Recommendation filed on August 31, 2026. *Memorandum Opinion and Recommendation of United States Magistrate Judge*, D.E. 11 (Aug. 31, 2026). The Magistrate Judge recommends denying Defendant's Dispositive Brief, D.E. 9 (Sep. 17, 2025) and granting Plaintiff's Dispositive Brief, D.E. 8 (Aug. 18, 2025). The Magistrate Judge further recommends reversing the Commissioner's decision finding no disability and remanding this matter under sentence four of 42 U.S.C. § 405(g). The deadline for objections passed on September 14, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

[1] Frank Bisignano was confirmed as the Commissioner of Social Security on May 6, 2025, and took the oath of office on May 7, 2025. Under Federal Rule of Civil Procedure 25(d), Frank Bisignano is substituted as the Defendant in this suit.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation, D.E. 11, is ADOPTED and the Commissioner's decision finding no disability is REVERSED. It is further ordered that Defendant's Dispositive Brief, D.E. 9, is DENIED, Plaintiff's Dispositive Brief, D.E. 8, is GRANTED, and this matter is REMANDED to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

A Judgment will be entered contemporaneously with this Order.

This the 18th day of September, 2026.

/s/ David A. Bragdon
United States District Judge